JOSEPH ROBERT, GLORIA DECUIR-ROBERT, ALBERT BIERRIA, GWENDOLYN BIERRA, ET AL

VERSUS

STATE OF LOUISIANA AND ABC INSURANCE COMPANY

*     NO. 2020-CA-0524

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

* * * * * * *

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**